# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH D. HOFFMAN, | ) | 1:12-cv-00191 AWI MJS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR ORDER TO SHOW CAUSE |
| v. | ) | AS MOOT |
| | ) | |
| HECTOR RIOS, Warden, | ) | [Doc.7] |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 20, 2012, Petitioner filed a motion for order to show cause for the Court to immediately require Respondent to answer the petition for writ of habeas corpus.

This action is pending before this Court which acts to resolve all pending cases in the most efficient manner possible. However, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

Nevertheless, on review, Petitioner's pleading presents sufficient facts to require a response from Respondent. A separate order will direct Respondent to respond. Accordingly, since Respondent shall forthwith be ordered to respond, Petitioner's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   August 20, 2012         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE