UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. HOFFMAN, | 1:12-cv-00191-AWI-MJS-(HC) |
|         Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION |
|         v. | |
| HECTOR RIOS, | (Doc. 16) |
|         Respondent. | 30-DAY DEADLINE |

     Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On October 19, 2012, Respondent filed a motion to extend time to file a response to the petition. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

     Respondent is granted thirty days from the date of service of this order in which to file a response to the petition.

IT IS SO ORDERED.

Dated:   October 23, 2012          /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE